IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DOUBLE T INTERESTS, LLC,<br>　　*Plaintiff*, | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. 1:20-CV-646-RP |
| | § | |
| CITY OF AUSTIN,<br>　　*Defendant*. | §<br>§<br>§<br>§<br>§ | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Double T. Interests, LLC and Defendant City of Austin file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiff is Double T Interests, LLC; Defendant is City of Austin.

2. Plaintiff filed an Original Petition, Cause No. D-1-GN-20-000899 in the 250th Judicial District Court, Travis County, Texas on February 13, 2020.

3. Defendant City of Austin filed a Notice of Removal to remove the action to the United States Court for the Western District on June 19, 2020.

4. Plaintiff moves to dismiss the suit without prejudice.

5. Defendant City of Austin, who has answered, agrees to the dismissal.

6. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

7. This case is not governed by any federal statute that requires a court order for dismissal of the case.

8. A receiver has not been appointed in this case.

9. This dismissal is without prejudice.

Date: June 21, 2021                              RESPECTFULLY SUBMITTED,


       */s/ John R. McConnell*
       John R. McConnell
       Texas Bar No. 24053351
       THOMAS WILLIAMS MCCONNELL PLLC
       1100 Norwood Tower
       114 West 7th Street
       Austin, Texas 78701
       Telephone: (512) 495-1471
       Facsimile: (512) 499-0094
       Email: jm@twmattorneys.com
       **ATTORNEYS FOR PLAINTIFF**
       **DOUBLE T INTERESTS, LLC**


       */s/ Hannah M. Vahl*
       Hannah M. Vahl
       Assistant City Attorney
       State Bar. No. 24082377
       CITY OF AUSTIN LAW DEPARTMENT
       P.O. Box 1546
       Austin, Texas 78767-1546
       Telephone: (512) 974-2346
       Facsimile: (512) 974-1311
       Email: hannah.vahl@austintexas.gov
       **ATTORNEYS FOR DEFENDANT**
       **CITY OF AUSTIN**