IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

DOUBLE T INTERESTS, LLC, §
§
Plaintiff, §
§
v. § 1:20-CV-646-RP
§
CITY OF AUSTIN, §
§
Defendant. §

## ORDER

On June 21, 2021, the parties dismissed all claims in this case without prejudice by joint

motion pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. 45). "Stipulated dismissals

under Rule 41(a)(1)(A)(ii). . . require no judicial action or approval and are effective automatically

upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013).

Accordingly, as nothing remains to resolve, **IT IS ORDERED** that this case is **CLOSED**.

**SIGNED** on June 22, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE